FILED & JUDGMENT ENTERED
Steven T. Salata

May 14 2015

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: | ) | Bankruptcy Case No. 10-30745 |
|---|---|---|
|  | ) | Chapter 7 |
| DONALD WAYNE TAYLOR and | ) |  |
| LINDA HAYES TAYLOR, | ) |  |
|  | ) |  |
| Debtors. | ) |  |

### EX PARTE ORDER TO DEPOSIT FUNDS WITH THE COURT

THIS MATTER coming on to be heard and being heard before the undersigned United States Bankruptcy Judge, and it appearing that there is now $3,727.93 in the Trustee's account which would be disbursed to the claimant listed below at the address listed below; however, said check has not cleared the bank and has been outstanding for more than 90 days, and it therefore being in the best interest of this estate for this amount to be paid into the Court pursuant to Bankruptcy Rule 3010 and to be disposed of pursuant to 28 U.S.C. § 2042;

| Claimant Name and Address | Amount |
|---|---|
| HD Supply Plumbing/HVAC, Ltd.<br>f/k/a Hughes Supply, Inc.<br>P.O. Box 907009<br>Gainesville, GA 30501 | $3,727.93 |

It is therefore, ORDERED that the sum of $3,727.93 be paid into the Court pursuant to Bankruptcy Rule 3010 and disposed of pursuant to 28 U.S.C. § 2042.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court