US BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 10-30745 |
| Donald Wayne Tylor and Linda Hayes Taylor ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |
| ) | |

## MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS

Hajoca Corporation, by and through its Attorney, J. Baron Groshon of the law office of J. Baron Groshon, PC hereby moves the Court for an order directing the United States Bankruptcy Court to disburse the sum of $3,727.93 from the Court's registry fund, payable to HD Supply Plumbing/HVAC, LTD, representing unclaimed funds previously deposited with the Court.

Supported documentation attached _X_ yes ____no

*I understand that pursuant to 11 U.S.C.§§ 152 and 3571, I may be fined up to $500,000, imprisoned for up to 5 years or both if I have knowingly and fraudulently made any false statements in this document or provided false and fraudulent documentation as part of this application.*

Dated: 6/19/15

Respectfully Submitted:

J. Baron Groshon
NC State Bar # 12417
Law office of J. Baron Groshon, PC
417 East Boulevard, Suite 203
Charlotte, NC 28203-5163
Ph: 704-342-3328
Fx: 704-342-3358