## EXPLANATION OF SUPPORTING DOCUMENTATION

Re:

Debtor: Donald Wayne Tylor and Linda Hayes Taylor

Case No. 10-30745

Claimant: Hajoca Corporation

Amount Unclaimed: $3,727.93

History:

Dividends were not collected by the creditor, HD Supply Plumbing/HVAC, LTD. HD Supply Plumbing/HVAC, Ltd merged with and into Hajoca Corporation (Exhibit A).

Attached to this Motion are the following documents:

1. Power of Attorney;
2. Affidavit in Support of Application for Payment;
3. Certificate of Secretary of Hajoca Corp resolving that branch and redit managers have authority to act (pertinent to the authority of the signer of the POA and Affidavit at #1 and 2;
4. State of Florida Department of State articles of Merger (Exhibit A);
5. Proof of Address – Hughes supply showing Orlando address which is filed with the Proof of Claim (page 5 of 5);
6. Form W-9 for Hajoca Corp; and
7. Trustee's motion to deposit UCF (Ordered).