UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 10-30745 |
| Donald Wayne Tylor and Linda Hayes Taylor ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |
| ) | |

## NOTICE OF HEARING AND CERTIFICATE OF SERVICE

NOTICE IS HEREBY GIVEN that the Court will conduct a hearing on Thursday, July 16, 2015 at 9:30 a.m. (a.m./p.m.) in Courtroom number 1-4 located at The Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, NC 28202 to consider the Motion for Disbursement of Unclaimed Funds filed by Hajoca Corporation, by and through its Attorney, J. Baron Groshon of the law office of J. Baron Groshon, PC.

NOTICE IS FURHTER GIVEN to the Court that on 6/19/15, the United States Attorney, the case trustee, and the Bankruptcy Administrator were served a copy of the Motion for Disbursement of Unclaimed Funds and this Notice of Hearing by U.S. Mail.

Dated: 6/19/15

J. Baron Groshon
NC State Bar # 12417
Law office of J. Baron Groshon, PC
417 East Boulevard, Suite 203
Charlotte, NC 28203-5163
Ph: 704-342-3328
Fx: 704-342-3358